UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JACQUELINE BEEBE, individually and on
behalf of all others similarly situated,

                             Plaintiff,

       v.

V&J NATIONAL ENTERPRISES, LLC, et al.,

                             Defendants.

_____

ORDER

17-CV-6075W

      A motion to withdraw as counsel for defendants V&J National Enterprises, LLC,

V&J United Enterprises, LLC, V&J Employment Services, Inc., and V&J Holding Companies,

Inc., (Docket # 121) having been filed on January 12, 2018, by Bond, Schoeneck & King, PLLC

in the above-captioned case, it is hereby

      ORDERED, pursuant to Rule 83.2 (d)(1) of the Local Rules of Civil Procedure

for the Western District of New York, **on or before February 2, 2018,** defendants' counsel may

submit any additional documents in support of their application to the Court *in camera*, provided

they also serve any such documents on their client; and it is further

      ORDERED, that any responding papers submitted in connection with this motion

must be filed and served on or before **February 9, 2018, with a courtesy copy of such filing to**

**be provided to the Court;** and it is further

      ORDERED, that that any reply papers submitted in connection with this motion

must be filed and served on or before **February 16, 2018, with a courtesy copy of such filing**

**to be provided to the Court;** and it is further

ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that **oral argument** will be heard before the undersigned on **February 21, 2018**, at **2:00 p.m.**, at 2310 United States Courthouse, 100 State Street, Rochester, New York 14614.

**IT IS SO ORDERED.**

_Marian W Payson_
_____
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
      January **24** , 2018