

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

January 26, 2018

VIA ECF
The Honorable Marian W. Payson, U.S.M.J.
U.S. District Court for the Western District of New York
100 State Street
Rochester, New York 14614

  Re: Beebe v. V&J National Enterprises, LLC, et al., 1:17-cv-6075

Dear Magistrate Judge Payson:

  We submit this letter pursuant to Your Honor's January 18, 2018 letter. (Dkt. No. 127). This firm does not oppose Finkelstein, Blankinship, Frei-Pearson & Garber, LLP's motion to be appointed interim lead counsel.

  We are available if the Court has any questions.

        Respectfully submitted,
        LIPSKY LOWE LLP


        s/ Douglas B. Lipsky
        Douglas B. Lipsky


CC: Counsel of Record (Via ECF)