**FBFG** | **Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**

Andrew G. Finkelstein, P.C. (NY & NJ) *
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Bradley Silverman (NY)
Antonino B. Roman (NY)
John Sardesai-Grant (NY)
Andrew White (NY)
Chantal Khalil (NY)
Jean Sedlak (NY & CA)
Ayana McGuire (NY)
Sara K. Bonaiuto (NY)

*Of Counsel*
Duncan W. Clark (NY)
George M. Levy (NY)

Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Ronald Rosenkranz (NY) *
George A. Kohl, II (NY & MA)
Andrew L. Spitz (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ) *
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Edward M. Steves (NY)
Kara L. Campbell (NY, NJ, CT)

Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Christine Khalili-Borna Clemens (NY & CA)
Brian D. Acard (NY)
Vincent J. Pastore (NY & NJ )
Christopher R. Camastro (NY & NJ)
Jeffrey M. Brody (NY)
Courtney Day (NY & NJ)
Robyn L. Rothman (NY)
Levi Albert (NY & CA)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ) *
Raye D. Futerfas (NJ)
Linda Armatti-Epstein (NY)
David Akerib (NY)
Frances M. Bova, R.N. (NY & NJ)

Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Narine Galoyan (NY)
Jonathan Minkove (NJ & MD)
Levi Glick (NY & NJ)
Daniel DeVoe (NY)
Cristina L. Dulay (NY & NJ)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
David Stauber (NY)
Jennifer Safier (NY & NJ)
Annie Ma (NY & NJ)
Howard S. Lipman (NY)

Noreen Tuller, R.N. (NY)
Justin M. Cinnamon (NY & CT)
Robin N. D'Amore (NY)
Rodrigo Arcuri (NY)
Kevin D. Burgess (NY)
Yola Ghaleb (NY)
Robert Seidner (NY)
Charlemagne Yawn (NY)
Rohit Kumar (NY)
Maulik Sharma (NY)
Georgianna Timal (NY)
Vincent Pastore (NY)
Stephen Heath (NY)
Marvin Anderman, P.C. (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)
* The Neurolaw Trial Group

December 11, 2018

**VIA OVERNIGHT DELIVERY AND FAX**

The Honorable Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614
Fax: (585) 613-4085

**RECEIVED DEC 11 2018 MARIAN W. PAYSON U.S. Magistrate Judge Western District of New York**

Re: *Beebe v. V&J National Enterprises, LLC, et al.*, 17-cv-6075-EAW-MWP

Dear Judge Payson,

We represent Plaintiff, members of the collective, and the putative class in the above-referenced matter. We write jointly with Defendants to inform the Court that the Parties have currently scheduled a mediation, with a third-party neutral, for February 11, 2019. Accordingly, to facilitate this mediation and conserve judicial economy, the Parties respectfully request that all deadlines and current motions under consideration be stayed pending the outcome of the February 11, 2019 mediation.

The Parties propose that they will update the Court by letter no later than February 15, 2019 on their status following this mediation.

Thank you for your continued attention to this matter.

Respectfully Submitted,

/s/ Jeremiah Frei-Pearson
Jeremiah Frei-Pearson

*Request granted. Counsel shall submit a written status report by no later than 2/15/19. SO ORDERED Marian W. Payson USMJ 12/12/18*

{00297518 }
Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • White Plains
☒ 1279 ROUTE 300, PO BOX 1111 NEWBURGH, NY 12551
Phone: (914) 298-3281  Fax: (845) 562-3492
www.fbfglaw.com
445 HAMILTON AVE, SUITE 605 WHITE PLAINS, NY 10601