** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 6:17-cv-06075-EAW-MWP   Document 182   Filed 03/04/19   Page 1 of 1

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 1, 2019 at 6:32:26 PM EST | 5023155100 | 71 | 1 | Received |

3/1/2019 6:31 PM  FROM: Fax  TO: 15856134085  PAGE: 001 OF 001

RECEIVED
MAR - 1 2019
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

## FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Bradley Silverman (NY)
Antonino B. Roman (NY)
John Sardesai-Grant (NY)
Andrew White (NY)
Chantal Khalil (NY)
Jean Sedlak (NY & CA)
Ayana McGuire (NY)
Sara K. Bonaiuto (NY& CT)

**Of Counsel**
Duncan W. Clark (NY)
Robert J. Camera (NY & NJ)

Joseph P. Rones (NY)
Ronald Rosenkranz (NY)
George A. Kohl, II (NY & MA)
Andrew L. Spitz (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ)
Mary Ellen Wright, R.N. (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Edward M. Steves (NY)
Kara L. Campbell (NY, NJ, CT)
Marie M. DuSault (NY)

Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Brian D. Acard (NY)
Vincent J. Pastore (NY & NJ)
Christopher R. Camastro (NY & NJ)
Jeffrey M. Brody (NY)
Courtney Day (NY & NJ)
Michele M. Haber (CA)
Alexandra Cumella (NY&NJ)
Jonathan T. Engel (NY)
Ashlee R. Kelly (NY)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ)
Raye D. Futerfas (NJ)
Linda Armetti-Epstein (NY)
David Akerib (NY)
Frances M. Bova, R.N. (NY & NJ)

Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Narine Galoyan (NY)
Jonathan Minkove (NJ & MD)
Levi Glick (NY & NJ)
Daniel DeVoe (NY)
Cristina L. Dulay (NY & NJ)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
David Stauber (NY)
Jennifer Safier (NY & NJ)
Annie Ma (NY & NJ)
Howard S. Lipman (NY)

Noreen Tuller, R.N. (NY)
Justin M. Cinnamon (NY & CT)
Robin N. D'Amore (NY)
Rodrigo Arcuri (NY)
Kevin D. Burgess (NY)
Yola Ghaleb (NY)
Robert Seidner (NY)
Charlemagne Yawn (NY)
Maulik Sharma (NY)
Georgianna Timal (NY)
Vincent Pastore (NY)
Stephen Heath (NY)
Kenneth G. Bartlett (CT & NJ)

**Senior Of Counsel**
George M. Levy, P.C. (NY)
Marvin Anderman, P.C. (NY)

March 1, 2019

### VIA OVERNIGHT DELIVERY AND FAX

The Honorable Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614
Fax: (585) 613-4085

Re: *Beebe v. V&J National Enterprises, LLC, et al.*, 17-cv-6075-EAW-MWP

Dear Judge Payson,

We represent Plaintiff, members of the collective, and the putative class in the above-referenced matter. Pursuant to Your Honor's February 19, 2019 Order, we write to provide an update on the Parties' mediation efforts.

As ultimately scheduled, the Parties mediated on February 27, 2019 with Mediator Patrick Solomon. However, the Parties were unable to come to a mutually acceptable settlement agreement at that time.

Thank you for your continued attention to this matter.

Respectfully Submitted,

/s/ Jeremiah Frei-Pearson
Jeremiah Frei-Pearson

*Counsel for the parties are directed to confer and submit a proposed amended scheduling order by March 11, 2019.*

SO ORDERED
Marian W. Payson
US Magistrate Judge
3/4/19