

445 HAMILTON AVE, SUITE 605
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

November 27, 2019

**VIA ECF**

The Honorable Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614
Fax: (585) 613-4085

    Re: *Beebe v. V&J National Enterprises, LLC, et al.*, **17-cv-6075-EAW-MWP**

Dear Judge Payson,

  We write on behalf of Plaintiff Jacqueline Beebe in accordance with Local Rule 7(a)(2)(C) to respectfully request leave to file seven additional pages in Plaintiff's Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, for a total of 32 pages, exclusive of cover page, tables, and signatures.

  These additional pages are requested due to the complexity of the class action and the extensive procedural history of this litigation. Defendants V&J National Enterprises, LLC, V&J United Enterprises, LLC, V&J Employment Services, Inc., and V&J Holding Companies, Inc. consent to this requested page limit extension.

  We thank Your Honor for your continued attention to this matter.

Respectfully Submitted,

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson

CC: All Counsel of Record (via ECF)