# **Exhibit C**

# IMPORTANT LEGAL REMINDER

*Beebe v. V&J National Enterprises, LLC, et al.*, No. 17-cv-6075 (W.D.N.Y.)

Dear [Settlement Class Member]:

On [insert date], we mailed you a Notice regarding a class action settlement in which you may be eligible to participate. Our records indicate that you have not responded.

**If you do not respond, you will waive all rights to contend you are owed money for unpaid compensation and/or expense reimbursement and you will not receive any settlement payment.**

If you lost your Notice or Claim Form, or have any questions regarding this reminder, please call the Settlement Administrator at ___-___-____.

Thank you,

_____

Settlement Administrator