UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE BEEBE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>V&J NATIONAL ENTERPRISES, LLC, V&J UNITED ENTERPRISES, LLC, V&J EMPLOYMENT SERVICES, INC., and V&J HOLDING COMPANIES, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 6:17-cv-06075-EAW-MWP<br><br>Class / Collective Action |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR
<u>ATTORNEYS' FEES AND SERVICE AWARD</u>**

**PLEASE TAKE NOTICE** that, upon the Declaration of Jeremiah Frei-Pearson, sworn on the 13th day of May, 2020, and the exhibits annexed thereto, as well as the Declaration of Jennifer M. Keough, sworn on the 13th Day of May, 2020, upon all the prior pleadings and proceedings had herein, and the accompanying Memorandum of Law, Plaintiff Jacqueline Beebe, individually and on behalf of all others similarly situated, and by and through her undersigned attorneys, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP and with the consent of Defendants V&J National Enterprises, LLC, V&J United Enterprises, LLC, V&J Employment Services, Inc., and V&J Holding Companies, Inc., will bring a motion before this Court, on the 27th day of May 2020, respectfully moving this Court to grant the attorneys' fees and service award requested.

Dated: May 13, 2020                                     Respectfully submitted,

                                              By:  */s/ Jeremiah Frei-Pearson*
                                                    Jeremiah Frei-Pearson
                                                    Andrew C. White
                                                    **FINKELSTEIN, BLANKINSHIP,**
                                                    **FREI-PEARSON & GARBER, LLP**
                                                    One North Broadway, Suite 900
                                                    White Plains, New York 10601
                                                    Telephone: (914) 298-3281
                                                    Facsimile:  (914) 824-1561

                                                    *Attorneys for Plaintiff*
                                                    *and the Putative Class*