AO 450 (Rev. 5/85) Judgment in a Civil Case
═══════════════════════════════════════════════════════════════════

## UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

JACQUELINE BEEBE, individually and
on behalf of all others similarly situated,

**Plaintiff,**

v.                                                          **JUDGMENT IN A CIVIL CASE**
                                                            **CASE NUMBER: 6:17-CV-6075-EAW**

V&J NATIONAL ENTERPRISES, LLC,
V&J UNITED ENTERPRISES, LLC, V&J
EMPLOYMENT SERVICES, INC., and V&J
HOLDING COMPANIES, INC.,

**Defendants.**

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this Court hereby approves the proposed settlement as fair, reasonable, and adequate in light of all the relevant considerations and the Final Approval Motion (Dkt. #201) is granted; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court hereby approves payment of a service award of $15,000.00 to Plaintiff Jacqueline Beebe; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court hereby approves Finkelstein, Blankinship, Frei-Pearson & Garber, LLP's request for $89,034.96 in litigation costs and $694,298.37 in attorneys' fees as fully justified, and the Attorneys' Fees Motion (Dkt. #202) is granted; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that the settlement administrator shall make all required payments pursuant to the Settlement Agreement; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that this case is dismissed with prejudice; and,

**IT IS FURTHER ORDERED AND ADJUDGED** without affecting the finality of the Decision and Order (Dkt. #205), the Court retains jurisdiction for the purposes of enabling

the settling Parties to apply to this Court for such further orders or guidance as may be necessary for the construction, modification, or enforcement of the Settlement Agreement, the Final Approval Order, and this Judgment.

| | |
|---|---|
| June 1, 2020 | MARY C. LOEWENGUTH |
| Date | Clerk of Court |
| | United States District Court |

 

(By):  s/John H. Folwell
John H. Folwell
Deputy Clerk